**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Alvin Jacobson and Eunice Jacobson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| PCS Business Brokers, LLC, and John Suprock, | ) | Case No. 4:13-cr-131 |
| | ) | |
| Defendants. | ) | |

On September 25, 2015, the parties filed "Stipulation for Continuance." They also submitted an amended scheduling and discovery plan for the court's consideration. The court **ADOPTS** the parties' stipulation (Docket No. 42). The court's scheduling order shall be amended as follows:

1. The parties shall have until February 1, 2016, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by February 15, 2016.

3. The parties shall have until March 15, 2016, to compete discovery depositions of expert witnesses.

4. The parties shall have until January 5, 2016, to move to join additional parties.

5. The parties shall have until January 5, 2016, to move to amend pleadings to add claims or defenses, except that claims for punitive damages for which the deadline shall be April 1, 2016.

6. The parties shall have until December 1, 2015, to file other nondispositive motions

1

(e.g., consolidation, birfurcation).

7. The parties shall have until December 1, 2015, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery shall not be stayed during the pendency of such motions.

8. The parties shall have until April 1, 2016, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for February 24, 2016, shall be rescheduled for August 24, 2016, at 1:30 p.m. The jury trial set for March 8, 2016, shall be rescheduled for September 7, 2016, at 9:30 a.m. in Bismarck before Judge Hovland. A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 22nd day of October, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court